■ In the Matter of Probate of the Will of AGNES B. MOMAND, Deceased. GUARANTY TRUST COMPANY OF NEW YORK et al., Appellants; NATIONAL BANK of DETROIT et al., as Foreign Coguardians of WILHELMINA VAN ETTEN, an Incompetent, et al., Respondents.— Order unanimously modified so as to ex-

pressly provide that neither privileged papers nor lawyer's work papers need be produced and, as so modified, affirmed, with $20 costs and disbursements to the appellants payable out of the estate. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.